```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 16219
  DENISE R BALENGER
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
        Debtor
  SSN XXX-XX-0126


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/06/07 .

     2.  The case was dismissed without confirmation, 12/07/2007.

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
WELLS FARGO HOME MTGE     CURRENT MORTG         .00           .00            .00
CERTIFIED SERVICES        UNSECURED         NOT FILED         .00            .00
COMPUTER CREDIT           UNSECURED         NOT FILED         .00            .00
CONSUMERS CO OP CR UN     UNSECURED         NOT FILED         .00            .00
CONSUMERS CO OP CR UN     UNSECURED         NOT FILED         .00            .00
MERCHANTS CREDIT GUIDE    UNSECURED         NOT FILED         .00            .00
PEOPLES GAS               UNSECURED         NOT FILED         .00            .00
SENEX SERVICES            UNSECURED         NOT FILED         .00            .00
SENEX SERVICES            UNSECURED         NOT FILED         .00            .00
       Summary of disbursements:
------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00           .00           .00          .00
PRINCIPAL PAID        .00         .00           .00           .00          .00
INTEREST PAID         .00         .00           .00           .00          .00
TOTAL PAID            .00         .00           .00           .00          .00
The Debtor's attorney, PAUL R IDLAS              , was allowed $          .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $          .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 03/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 07 B 16219 DENISE R BALENGER
```